IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

GENNIFER T.[1],
    Plaintiff,

        v.                              Civil No. 3:25cv160 (DJN)

FRANK BISIGNANO,
*Commissioner of Social Security*,
    Defendant.

### **FINAL ORDER**
### **(Adopting Report and Recommendation)**

This matter comes before the Court on the Report and Recommendation of United States

Magistrate Judge Summer L. Speight entered on December 23, 2025 (ECF No. 14), which

recommended that Plaintiff's Motion for Summary Judgment (ECF No. 11) be denied,

Defendant's Motion for Summary Judgment (ECF No. 13) be granted and the final decision of

the Commissioner of Social Security (the "Commissioner") be affirmed.  The time to file

objections has expired and neither party has objected to the Report and Recommendation.

Having considered the matter and deeming it otherwise proper and just to do so, the

Court hereby ORDERS that:

1. The Report and Recommendation of Magistrate Judge Speight (ECF No. 14) is

    ACCEPTED and ADOPTED as the OPINION of the Court;

2. Plaintiffs Motion for Summary Judgment (ECF No. 11) is hereby DENIED;

---

[1]     The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that federal courts refer to claimants by their first names and last initials in social security cases.

    3.  Defendant's Motion for Summary Judgment (ECF No. 13) is hereby GRANTED;

    4.  The decision of the Commissioner is AFFIRMED; and

    5.  This case is now CLOSED.

Let the Clerk file this Order electronically and notify all counsel of record.

It is so ORDERED.

 

_____

David J. Novak
United States District Judge

Richmond, Virginia
Date: January 15, 2026